

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

April 24, 2025

*The request is granted. The initial pretrial conference scheduled for April 29, 2025, is adjourned sine die.*

*Date: 4/25/25*

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

<u>*Via ECF*</u>
Hon. Lewis J. Liman
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *John Marshall Mantel v. V Magazine LLC*
            Case No: 1:25-cv-00568-LJL

Dear Judge Liman:

This firm represents plaintiff John Marshall Mantel ("*Plaintiff*") in the above-captioned matter and writes to provide the Court with a status update and to respectfully request an adjournment *sine die* of the April 29, 2025, Initial Conference. [Dkt. No. 13].

On March 18, 2025, the Clerk of the Court entered default against defendant V Magazine LLC ("*Defendant*"). [Dkt. No. 12]. Since said entry, Plaintiff, via counsel has been attempting to contact Defendant in the hope of resolving this case and in an effort to avoid the waste of judicial resources, which would result from Defendant filing an appearance only after a motion for default judgment had been filed. No previous requests for the relief sought herein have been made and, if granted, the extension would have no effect on any other existing deadlines. As Defendant is in default in this matter, Plaintiff is unable to confer with Defendant on whether it consents or opposes to the requested Relief.

As such, in light of the Defendant's default in this action, Plaintiff respectfully requests that the April 29, 2025, Initial Conference be adjourned *sine die*. In the event Plaintiff is unable to resolve the case within thirty (30) days of this submission, Plaintiff intends to file a motion for default judgment.

Thank you for your consideration of this request.

                                          Respectfully submitted,

                                          **SANDERS LAW GROUP**

                                          */s Jaymie Sabilia-Heffert*
                                          Jaymie Sabilia-Heffert